UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MOSSI HAMADOU,

                              Plaintiff,

-against-

MIDLAND CREDIT MANAGEMENT, INC.,

                              Defendant.
------------------------------------------------------------- x

**ORDER**

19 Civ. 5528 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        By joint letter dated November 18, 2019, the parties advise the Court that plaintiff has agreed to arbitrate all claims in this action in lieu of opposing defendant's motion to compel arbitration. Plaintiff requests that I stay proceedings pending arbitration, while defendant requests that I dismiss the action with leave to reopen after arbitration.

        It is hereby ordered that this action is stayed pending arbitration. *See Katz v. Cellco P'ship*, 794 F.3d 341, 345-47 (2d Cir. 2015). The case is stayed under the conditions that (1) arbitration is initiated within 30 days of the date of this order, (2) arbitration is completed within one year of the date of this order (or by an adjourned date ordered by the Court), and (3) the parties report every six months concerning the status of the arbitration proceedings. Failure to meet any of these conditions will result in dismissal.

        Defendant's motion to compel arbitration is deemed moot. The Clerk is directed to close the open motions (ECF Nos. 13, 19).

SO ORDERED.

Dated: New York, New York
November 19, 2019

ALVIN K. HELLERSTEIN
United States District Judge